# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50568

United States Court of Appeals
Fifth Circuit

**FILED**

October 29, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

v.

GARY L CAIN, also known as Gary Lyn Cain, also known as Gary Cain,

     Defendant - Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:17-CR-381-3

Before HIGGINBOTHAM, DENNIS, and HO, Circuit Judges.

PER CURIAM:*

Gary Cain was convicted of conspiracy to commit wire fraud, conspiracy to launder money, and engaging in monetary transactions in property derived from unlawful activity. He was ordered to pay restitution in the amount of $6,345,441 and sentenced to 68 months imprisonment. He challenges the sufficiency of the evidence on all counts and argues that the district court erred in issuing a "deliberate ignorance" jury instruction and in its restitution order.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50568

We have reviewed the briefs, the record, the applicable law, and heard oral argument. We find the district court committed no reversible error. The sentence is affirmed.